428 A.2d 671

Commonwealth v. Miller, Appellant.

Argued November 13, 1979.

Daniel R. Gigler, for appellant; Kathryn L. Simpson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.